UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR293 |
| v. | ) | |
| DERRICK GARTNER, | ) | FINAL ORDER OF FORFEITURE |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 34). The Court has reviewed the record in this case and finds as follows:

1. On December 15, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in the following:

   a. Hewlett Packard Pavillion Computer, serial number CNX7512FWF;

   b. E-Machine computer, serial number CG13470000971;

   c. Seagate Hard Drive, serial number 9QG71L0D; one

   d. Western Digital Hard Drive, serial number WMA8C3737490;

   e. 58 Compact Disks (CD's);

was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on December 24, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and

Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010 (Filing No. 33).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following:

a. Hewlett Packard Pavillion Computer, serial number CNX7512FWF;

b. E-Machine computer, serial number CG13470000971;

c. Seagate Hard Drive, serial number 9QG71L0D; one

d. Western Digital Hard Drive, serial number WMA8C3737490;

e. 58 Compact Disks (CD's);

held by any person or entity, is hereby forever barred and foreclosed.

C. The following:

a. Hewlett Packard Pavillion Computer, serial number CNX7512FWF;

b. E-Machine computer, serial number CG13470000971;

c. Seagate Hard Drive, serial number 9QG71L0D; one

d. Western Digital Hard Drive, serial number WMA8C3737490;

e. 58 Compact Disks (CD's);

be, and the same hereby is, forfeited to the United States of America..

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 8th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court